Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| Robert Druhan, Pro Se | Case No. _____ |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | |
| Moderna, ModernaTX, Moderna Inc. | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Robert Druhan, Pro Se |
| Street Address | 186 Royal Road |
| City and County | Brockton |
| State and Zip Code | Massachusetts, 02302 |
| Telephone Number | 508-587-4889, 774-273-4690 |
| E-mail Address | robertdruhan@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

**Defendant No. 1**

| Field | Value |
|---|---|
| Name | Moderna, ModernaTX, Moderna Inc. |
| Job or Title (if known) | |
| Street Address | 200 Technology Square |
| City and County | Cambridge |
| State and Zip Code | Massachusetts, 02139 |
| Telephone Number | 617-714-6500 |
| E-mail Address (if known) | |

**Defendant No. 2**

| Field | Value |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

**Defendant No. 3**

| Field | Value |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

**Defendant No. 4**

| Field | Value |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

  b. If the defendant is a corporation

  The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

  Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/20/2023

Signature of Plaintiff
Printed Name of Plaintiff: Robert Druhan

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

I need my civil suits filed on 5/15/2024. I can pay for my filing fees for my civil lawsuits. I started a security officer job three weeks ago. I had to pay my property tax, Insurance and other bills. So, I have no money write now. I can start sending money on 5/17 my next paycheck. I will send in money to United States District Court, Moakley Courthouse every week till my bill paid off. I figure it will take me four weeks to pay off my filing fees.

I need an attorney appointed or suggested. The side effects from the moderna vaccine prevents me from being PRO SE. My brain does not work write from the moderna vaccine. When I have an attorney to write everything proper for court. I will call the court to make sure my paperwork is filled out correctly. My phone number 774-273-4690. Email robertdruhan@gmail.com. Don't appoint me a liberal Judge like they did last time Druhan v Hoge.

I need my evidence I presented in civil suit and appeal Druhan v Hoge to be entered in this civil suit Druhan v Afeyan,Bacel,Hoge. After I entered my evidence in civil suit and my appeal of Druhan v Hoge Moderna contacted all internet search engines and had them block all the web pages that show the negative side effects from moderna vaccine. The internet search engines now just repeat same three pages of positive propaganda for moderna vaccine.

All the evidence I presented Druhan v Hoge that I got off internet using different techniques to search side effects from moderna vaccine has been take down off the internet. Why have all negative side effects web pages been taken down off internet. Because moderna vaccine is poison to human body and they don't want anyone to know.

The moderna vaccine is poison to human body. The moderna vaccine destroys the muscles, Heart, Internal organs, Brain.

The moderna vaccine caused me to be type 1 diabetic. The person who works at my pharmacy informed me that all these young people are coming in there with type1 diabetes. This is one pharmacy how many pharmacies are in United States. WPRI television news in Providence, Rhode Island had story on all these young people that recently type 1 diabetics. They were saying it was from long covid. There type 1 diabetes is from the moderna vaccine. They came up with long covid to cover upside effects from moderna vaccine.

I now must inject myself with insulin threw out the day and night. It is never ending. My body hurts from injecting so many insulin needles into my body. The insulin burns when I inject into my body. Like Injecting fire. I must inject myself with insulin for the rest of my life. I feel bad for the young people who have type1 diabetes from the moderna vaccine. They will have to inject insulin into their bodies all day and night for the rest of their lives.

The moderna vaccine destroyed my heart. My heart is in Atrial Fibrillation every day and night. Also, I have severely bad irregular heartbeat. I AFIB and irregular heartbeat happening at same time. Also, my heart does not pump correctly. I will be sitting down, and my heart rate will go up to 170 to 200 beats a minute for no reason. My heart takes a very long time to get to resting heart rate 80 beats a minute. Its up around 120 to 160 beats a minute. Sometimes my heart will beat normal, but eventually will go into AFIB. I have chest pain sometimes.

All the readings on the heart monitor shows my elevated heart rate 120 to 180 beats a minute. The heart monitor readings are all resting heart rate. All the problems I have with my heart I can feel. I don't need a heart monitor to know I am in AFIB or irregular heartbeat. This is all day and night. My heart does something just before the irregular heartbeat, so I

know when the irregular heartbeat is going to happen. There is a boom on irregular heartbeat or a snap and there is pain in heart on the snap.

The moderna vaccine destroyed my heart. My heart was perfect before I received the moderna vaccine. I worked out, did cardio eat healthy. Plenty off sleep. Taken vitamins and minerals most of my life. I only reason I am still alive is because my heart was so strong. The moderna vaccine ruined my heart so bad. My heart does so many different crazy heart beats. That I can not believe that I am still alive.

From my heart being in AFIB and irregular heartbeat every day and night. Also, my heart rate being elevated all the time I am exhausted all the time. March 2024 I was in bed for five days because I was so exhausted. It feels like gravity is ten times stronger. You don't even want to stand up.

The moderna vaccine is poison to the heart. It is when the heart goes into fight or flight response. or strenuous exercise that quick elevation in heart rate. The heart cannot handle this because the moderna vaccine destroys the heart. The person has heart attack. This is why so many athletes have died. I had incidents when my heart rate was elevated and my heart would go into sever AFIB, irregular heartbeat thought I was going to die.

The moderna vaccine poisons the internal orans. Moderna vaccine kills the internal organs, and they slowly die. The moderna vaccine cause my thyroid to shut down. Hours after I received the moderna vaccine all my internal organs hurt so much I was screaming as loud as I can for ten hours. My insides of my body hurt so much every day.

Hours after I received the moderna vaccine my heart went into AFIB. My heart was jumping around in my chest. AFIB caused blood clot to my lung. I have difficulty breathing. Being in Atrial Fibrillation everyday I believe there are more blood clots in my lungs. Because my breathing has got worse.

The moderna vaccine poisoned my internal organs so my internal organs are dying and my organs giving of this horrible odd painful feeling on the inside of my body. The warmer the temperature the more pain on inside of my body. I have a above ground pool with dome on top. I put tarp over dome so blocks sun from water to make water as cold as possible. Because the pain in my body hurts very much when it is hot so I have to keeping going in pool to ease pain on inside of my body.

The moderna vaccine poisons the muscles of the body. Hours after I received the moderna vaccine up to today my muscle would not work write. There was dead feeling in muscles. My hands I can only use for short amount of time. The muscle in hand turns hard as rock. My fingers point straight and go to center of hand thumb goes to center of my hand fingers and thumb stuck will not move. I added pictures of my hands when happening. Muscle

have dead feeling but hurts very much. All started happening hours after I received moderna vaccine.

My muscle in my body contact, flex and stay stuck. It is very painful. Muscle is like a rock stuck there. My forearms, hands calves' arches of my feet flex and will not release there is dead feeling in the muscle. Moderna vaccine kills the human muscles. I have been riding stationary bike for a year, five days a week. I only can ride the bike for ten minutes on level zero and level one. There is dead painful feeling in my leg muscles. My leg muscle hurt so much I must stop riding stationary bike.

My muscles flex and stay stuck, or my muscles flex release flex release several times. I had to rebuild myself from almost dying from the moderna vaccine. It was a slow gradual process every week just to get to where I am now.

The moderna vaccine damaged my brain. My brain feels dead. I think in the present, but the past is very hard to think of. I have sever pain in all my bones and joints of my body. I never had any bone or joint pain before I received the moderna vaccine.

I realized that I will never be able to get married and have kids. No female will be with me when I tell her all side effects I am dealing with from moderna vaccine..

So many people have died from the moderna vaccine and are dying every day. The doctors and hospitals work for the pharmaceutical company's and will never admit all the people that are dying from heart attacks and strokes and organ failure is from the Moderna vaccine. The doctors and hospitals injected the moderna vaccine into people. Record number of young kids having heart attacks and strokes. A lot of deaths list as covid deaths are deaths from the moderna vaccine.

The person who injected me with the moderna vaccine at Gillette stadium Foxboro, Ma. Said to me that there having a big problem with this second moderna vaccine that I must go home and lie down and drink lots of fluid. They knew the moderna vaccine was harming people, but they kept injecting the moderna vaccine into people.

The moderna vaccine is a Con. If you go over every statement that moderna made about the vaccine every statement moderna made was a lie. Moderna stated get the moderna vaccine and you will not get covid. You will not die from covid. You will not pass covid on. There are no side effects from moderna vaccine. All lies to sell the moderna vaccine. Cons have no protection. Moderna vaccine is a con moderna vaccine did absolutely nothing in preventing a person from getting covid. The moderna vaccine just harmed people.

When the moderna vaccine con started to show they came up with variants. Then when that was not working. They came up with long covid. Then when that was not working

Moderna got all the liberal media that they control to stop reporting the deaths of covid. So, it looked like moderna vaccine had an effect against covid.

The liberal media covered up all deaths from moderna vaccine. Liberal media never reported deaths and side effects from moderna vaccine. Pharmaceutical company's and Liberal Democratic party and liberal media and Doctors, hospitals are in bed together. So many people dying every day from moderna vaccine you here nothing about it. Every person who had the moderna vaccine injected into their bodies will die an early death from side effects from moderna vaccine. Heart attacks, Strokes, Organ failure, Alzheimer's.

I don't know how long they can cover up deaths from moderna vaccine. So many people will die from moderna vaccine someday it will be a national security risk. Russia and China did not put the moderna vaccine poison in their citizens bodies.

The liberal democratic party used covid and moderna vaccine for power and control. So, intern moderna's, vaccine is allowed to kill as many people as they want. With no penalty.

I presented enough evidence in my civil suit Druhan v Hoge that moderna's Noubar Afeyan, Stephan Bancel, Stephan Hoge are responsible for killing more Americans than anyone in history and belong in prison for life, No parole. Afeyan, Bancel, Hoge know the moderna vaccine is killing people every day and instead of stopping the vaccine they start advertising the moderna vaccine. They put big moderna sign on green monster Fenway Park.

This civil suit is for all people who were murdered by the moderna vaccine.

Moderna got all the liberal media that they control to stop reporting the deaths of covid. So, it looked like moderna vaccine had an effect against covid.

 The liberal media covered up all deaths from moderna vaccine. Liberal media never reported deaths and side effects from moderna vaccine. Pharmaceutical company's and Liberal Democratic party and liberal media and Doctors, hospitals are in bed together. So many people dying every day from moderna vaccine you here nothing about it. Every person who had the moderna vaccine injected into their bodies will die an early death from side effects from moderna vaccine. Heart attacks, Strokes, Organ failure, Alzheimer's.

I don't know how long they can cover up deaths from moderna vaccine. So many people will die from moderna vaccine someday it will be a national security risk. Russia and China did not put the moderna vaccine poison in their citizens bodies.

The liberal democratic party used covid and moderna vaccine for power and control. So, intern moderna's, vaccine is allowed to kill as many people as they want. With no penalty.

I presented enough evidence in my civil suit Druhan v Hoge that moderna's Noubar Afeyan, Stephan Bancel, Stephan Hoge are responsible for killing more Americans than anyone in history and belong in prison for life, No parole. Afeyan, Bancel, Hoge know the moderna vaccine is killing people every day and instead of stopping the vaccine they start advertising the moderna vaccine. They put big moderna sign on green monster Fenway Park.

This civil suit is for all people who were murdered by the moderna vaccine.